# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
James Henry JJr. Sullivan § Case No. 1:14-13155-JSB
Renee A. Simmons-Sullivan §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/09/2014 . The undersigned trustee was appointed on 04/09/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 23,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 1,107.20 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 21,892.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  01/30/2015  and the deadline for filing governmental claims was  01/30/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,050.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,050.00 , for a total compensation of $ 3,050.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 54.24 , for total expenses of $ 54.24 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 10/30/2018              By:/s/RONALD R. PETERSON
                                 Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-13155 | JSB | Judge: | Janet S. Baer | Trustee Name: | RONALD R. PETERSON |
| Case Name: | James Henry JJr. Sullivan | | | | Date Filed (f) or Converted (c): | 04/09/2014 (f) |
| | Renee A. Simmons-Sullivan | | | | 341(a) Meeting Date: | 05/27/2014 |
| For Period Ending: | 10/30/2018 | | | | Claims Bar Date: | 01/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 20.00 | Unknown | | 0.00 | FA |
| 2. Security deposit  Subject to huge counter claim | 1,450.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. FIREARMS | 100.00 | 0.00 | | 0.00 | FA |
| 5. BMW Auto | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Family Leave Act and Reverse Discrimination Case.  (u) | 0.00 | 0.00 | | 23,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,570.00 | $0.00 | | $23,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018: This case is fully administered. A TFR should be filed by 7/31/2018.

April 22, 2017:  The estate is complete, except that the debtor has filed a frivolous claim for exemption, and Judge Baer took my objection to the exemption under advisement last February and has not yet ruled.  Assuming she rules in my favor, I shall close the estate immediately.

April 26, 2016.  The estate is involved in litigation between the Debtor and his employer.  We already have recovered some money and expect an additional small incremental sum.

April 24, 2015, 01:39 pm: The only asset in this case worth pursuing is a Family Leave Act and Discrimination case.  The case went to mediation with Magistrate Judge Cox on 4/23/15.  The parties are still apart, and I am waiting for the results of a 4/24/15 depostion of the doctor.

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 07/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-13155 | Trustee Name: RONALD R. PETERSON |
| Case Name: James Henry JJr. Sullivan | Bank Name: Associated Bank |
| Renee A. Simmons-Sullivan | Account Number/CD#: XXXXXX8810 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/15 | 6 | H&M INTERNATIO0NAL TRANSPORATION IN 485B Route 1 Southsuite 110Iselin, NJ 9=0830 | | 1249-000 | $23,000.00 | | $23,000.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.47 | $22,973.53 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.15 | $22,939.38 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.90 | $22,907.48 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.06 | $22,873.42 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.91 | $22,840.51 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.96 | $22,806.55 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.81 | $22,773.74 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.86 | $22,739.88 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.80 | $22,706.08 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.67 | $22,673.41 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.71 | $22,639.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*      Page Subtotals:      $23,000.00      $360.30

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-13155 | Trustee Name: RONALD R. PETERSON |
| Case Name: James Henry JJr. Sullivan | Bank Name: Associated Bank |
| Renee A. Simmons-Sullivan | Account Number/CD#: XXXXXX8810 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.57 | $22,607.13 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.61 | $22,573.52 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.56 | $22,539.96 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.27 | $22,509.69 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.46 | $22,476.23 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.34 | $22,443.89 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.36 | $22,410.53 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.24 | $22,378.29 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.27 | $22,345.02 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.22 | $22,311.80 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.10 | $22,279.70 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.12 | $22,246.58 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $0.00 | $393.12 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-13155 | Trustee Name: RONALD R. PETERSON |
| Case Name: James Henry JJr. Sullivan | Bank Name: Associated Bank |
| Renee A. Simmons-Sullivan | Account Number/CD#: XXXXXX8810 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.01 | $22,214.57 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.03 | $22,181.54 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.98 | $22,148.56 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.74 | $22,118.82 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.88 | $22,085.94 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.78 | $22,054.16 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.79 | $22,021.37 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.68 | $21,989.69 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.70 | $21,956.99 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.64 | $21,924.35 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.55 | $21,892.80 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,000.00 | $1,107.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $353.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

|  | | |
|---|---:|---:|
| Subtotal | $29,000.00 | $1,107.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,000.00 | $1,107.20 |

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-13155 | Trustee Name: | RONALD R. PETERSON |
| Case Name: James Henry JJr. Sullivan | Bank Name: | Axos Bank |
| Renee A. Simmons-Sullivan | Account Number/CD#: | XXXXXX0235 |
| | | Checking |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 10/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0235 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX8810 - Checking Account (Non-Interest Earn | $23,000.00 | $1,107.20 | $21,892.80 |
|  | $23,000.00 | $1,107.20 | $21,892.80 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $23,000.00 |
| Total Gross Receipts: | $23,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-13155-JSB  
Debtor Name: James Henry JJr. Sullivan  
Claims Bar Date: 1/30/2015  

Date: October 30, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,050.00 | $3,050.00 |
| 100 2200 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $54.24 | $54.24 |
| 100 3110 | JENNER & BLOCK<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay<br>Claim Category:<br>Administrative<br>Expense | | $0.00 | $16,880.50 | $16,880.50 |
| 1A 280 5800 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority<br>Payment Status:<br>Withdrawn | Date Filed: 11/05/2014<br><br>4/3/2017<br>Changed Priority Claim Amount from $1,062.92 to $0.00<br>Changed Amount Claimed from $2,883.60 to $0.00 | $0.00 | $0.00 | $0.00 |
| 6 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 12/26/2014 | $0.00 | $123.00 | $123.00 |
| 2 300 7100 | CAVALRY SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/05/2014<br><br>Extended Check Description Notes from conversion:<br>assignee of Washington Mutual | $0.00 | $1,576.04 | $1,576.04 |
| 3 300 7100 | MOHELA/EDUCATIONAL CREDIT MANAGEMEN Corporation<br>Educational Credit Management Corp<br>PO Box 16408<br>St Paul, MN 55116-0408 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/06/2014 | $0.00 | $4,310.31 | $4,310.31 |
| 4 300 7100 | SPRINT CORP.<br>Attn: Bankruptcy Dept.<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/16/2014<br><br>Extended Check Description Notes from conversion:<br>correct creditor's name. (AD) | $0.00 | $870.92 | $870.92 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-13155-JSB  
Debtor Name: James Henry JJr. Sullivan  
Claims Bar Date: 1/30/2015  

Date: October 30, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/17/2014 | $0.00 | $2,537.44 | $2,537.44 |
| 7A<br>300<br>7100 | NASSER N. CHAUDHRY<br>1639 N. Yale Ct.<br>Arlington Heights, IL  60004 | Unsecured<br>Payment Status:<br>Valid To Pay<br>Claim Category:<br>Creditor | Docket Entry #69- 9/20/2017 - Order re Trustee's Objection to Claim 7:<br><br>Claim No 7 reduced to a secured claim in the amount of $1,450.00, and the balance reclassified to an unsecured claim in the amount of $1,694.00. | $0.00 | $1,694.00 | $1,694.00 |
| 8<br>300<br>7100 | NICOR GAS<br>po box 549<br>Aurora, il  60507 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/13/2015 | $0.00 | $3,674.54 | $3,674.54 |
| 7<br>400<br>4120 | NASSER N. CHAUDHRY<br>1639 N. Yale Ct.<br>Arlington Heights, IL  60004 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/08/2015<br><br>Docket Entry #69- 9/20/2017 - Order re Trustee's Objection to Claim 7:<br><br>Claim No 7 reduced to a secured claim in the amount of $1,450.00, and the balance reclassified to an unsecured claim in the amount of $1,694.00. | $0.00 | $1,450.00 | $1,450.00 |
| | Case Totals | | | $0.00 | $36,220.99 | $36,220.99 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:14-13155-JSB
Case Name: James Henry JJr. Sullivan
         Renee A. Simmons-Sullivan
Trustee Name: RONALD R. PETERSON

Balance on hand                                          $        21,892.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | NASSER N. CHAUDHRY | $ 1,450.00 | $ 1,450.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                    $             0.00

Remaining Balance                                        $        21,892.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 3,050.00 | $ 0.00 | $ 3,050.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 54.24 | $ 0.00 | $ 54.24 |
| Attorney for Trustee Fees: JENNER & BLOCK | $ 16,880.50 | $ 0.00 | $ 16,880.50 |

Total to be paid for chapter 7 administrative expenses   $        19,984.74

Remaining Balance                                        $         1,908.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 123.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | ILLINOIS DEPARTMENT OF REVENUE | $ 123.00 | $ 0.00 | $ 123.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 123.00 |
| Remaining Balance | | $ 1,785.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,663.25  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAVALRY SPV I, LLC | $ 1,576.04 | $ 0.00 | $ 191.86 |
| 3 | MOHELA/EDUCATIONAL CREDIT MANAGEMEN | $ 4,310.31 | $ 0.00 | $ 524.72 |
| 4 | SPRINT CORP. | $ 870.92 | $ 0.00 | $ 106.02 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 2,537.44 | $ 0.00 | $ 308.90 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7A | NASSER N. CHAUDHRY | $ 1,694.00 | $ 0.00 | $ 206.22 |
| 8 | NICOR GAS | $ 3,674.54 | $ 0.00 | $ 447.34 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,785.06 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE