# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| James Henry JJr. Sullivan | § | Case No. 1:14-13155-JSB |
| Renee A. Simmons-Sullivan | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,450.00
*(Without deducting any secured claims)*

Assets Exempt: 3,120.00

Total Distributions to Claimants: 1,908.06

Claims Discharged
Without Payment: 79,290.17

Total Expenses of Administration: 21,091.94

3) Total gross receipts of $ 23,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 23,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,450.00 | $ 1,450.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,091.94 | 21,091.94 | 21,091.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,650.00 | 123.00 | 123.00 | 123.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,761.98 | 14,663.25 | 14,663.25 | 1,785.06 |
| **TOTAL DISBURSEMENTS** | $ 66,411.98 | $ 37,328.19 | $ 37,328.19 | $ 23,000.00 |

4) This case was originally filed under chapter 7 on  04/09/2014 .  The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/06/2019                      By:/s/RONALD R. PETERSON

                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Family Leave Act and Reverse Discrimination Case. | 1249-000 | 23,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 23,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | NASSER N. CHAUDHRY | 4120-000 | NA | 1,450.00 | 1,450.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 1,450.00** | **$ 1,450.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 3,050.00 | 3,050.00 | 3,050.00 |
| RONALD R. PETERSON | 2200-000 | NA | 54.24 | 54.24 | 54.24 |
| Associated Bank | 2600-000 | NA | 1,107.20 | 1,107.20 | 1,107.20 |
| JENNER & BLOCK | 3110-000 | NA | 16,880.50 | 16,880.50 | 16,880.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 21,091.94 | $ 21,091.94 | $ 21,091.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 7346 Philadelphia, PA 19101 | | 4,650.00 | NA | NA | 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 123.00 | 123.00 | 123.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | IRS | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 4,650.00 | $ 123.00 | $ 123.00 | $ 123.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL PO Box 27901 West Allis, WI 53227 | | 25.87 | NA | NA | 0.00 |
| | ACL PO Box 27901 West Allis, WI 53227 | | 57.42 | NA | NA | 0.00 |
| | Advocate South Suburban Hospital 17800 Kedzie Ave Hazel Crest, IL 60429 | | 3,155.20 | NA | NA | 0.00 |
| | AFNI, Inc Attn: Bankruptcy Bloomington, IL 61702-3097 | | 1,099.00 | NA | NA | 0.00 |
| | Arnoldharris 600 West Jackson Chicago, IL 60661 | | 637.00 | NA | NA | 0.00 |
| | Asset Acceptance LLC Attn: Bankruptcy PO Box 2036 Warren, MI 48090 | | 1,146.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Receivable 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | 978.00 | NA | NA | 0.00 |
| | AT&T Mobile PO Box 5014 Carol Stream, IL 60197 | | 117.13 | NA | NA | 0.00 |
| | AT&T Mobility PO Box 5014 Carol Stream, IL 60197 | | 3,117.13 | NA | NA | 0.00 |
| | AT&T Mobility PO Box 6416 Carol Stream, IL 60197 | | 718.14 | NA | NA | 0.00 |
| | AT&T PO Box 5014 Carol Stream, IL 60197 | | 1,244.76 | NA | NA | 0.00 |
| | Balaban Furn 4717 S Ashland Ave Chicago, IL 60609 | | 0.00 | NA | NA | 0.00 |
| | Caf/ CarMax Auto Finance Attn: Bankruptcy 225 Chastain Meadows Ct. Kennesaw, GA 30144 | | 0.00 | NA | NA | 0.00 |
| | Calvary Portfolio Services Attn: Bankruptcy Dept 500 Summit Lake Dr. Ste 400 Valhalla, NY 10595 | | 1,447.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A. PO Box 30285 Salt Lake City, UT 84130 | | 811.00 | NA | NA | 0.00 |
| | Carl Sandburg High School 13300 S LaGrange Rd Orland Park, IL 60462 | | 900.50 | NA | NA | 0.00 |
| | Cb USA Inc 5252 S Hohman Ave Hammond, IN 46320 | | 543.00 | NA | NA | 0.00 |
| | Christ Hospital 4400 W 95th St Ste 101 Oak Lawn, IL 60453 | | 210.40 | NA | NA | 0.00 |
| | Christ Hospital 4400 W 95th St Ste 101 Oak Lawn, IL 60453 | | 1,015.25 | NA | NA | 0.00 |
| | City of Chicago 100 W. Randelph Street Chicago, IL 60601 | | 800.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue PO Box 88292 Chicago, IL 60680 | | 688.00 | NA | NA | 0.00 |
| | City of County Club Hills PO Box 66006 Chicago, IL 60666 | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Oak Forest 15440 South Central Ave Oak Forest, IL 60452 | | 278.78 | NA | NA | 0.00 |
| | City of Oak Forest PO Box 1053 Mokena, IL 60448 | | 1,105.00 | NA | NA | 0.00 |
| | Comcast 9520 W. 144 Pl Orland Park, IL 60462 | | 500.00 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 146.71 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 382.51 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | 657.21 | NA | NA | 0.00 |
| | Consumer Portfolio Svc Attn: Bankruptcy 16355 Laguna Canyon Rd Irvine, CA 92618 | | 8,269.00 | NA | NA | 0.00 |
| | Credit Management Lp 4200 International PKWY Carrollton, TX 75007 | | 609.00 | NA | NA | 0.00 |
| | Dependon Collection Service Attn: Bankruptcy PO Box 4833 Oak Brook, IL 60523 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Corp Attn: Client Services 8014 Bayberry Rd Jacksonville, FL 3226 | | 871.00 | NA | NA | 0.00 |
| | EOS CCA 700 Longwater Drive Norwell, MA 02061 | | 200.00 | NA | NA | 0.00 |
| | ER Solutions PO Box 9004 Renton, WA 98057 | | 870.00 | NA | NA | 0.00 |
| | ffcc - Columbus Inc PO Box 20790 Columbus, OH 43220 | | 81.00 | NA | NA | 0.00 |
| | Fifth Third Bank 1606 E 79th St Chicago, IL 60649 | | 299.37 | NA | NA | 0.00 |
| | First American Cash Advance 7510 South Harlem Bridgeview, IL 60455 | | 1,356.53 | NA | NA | 0.00 |
| | H&R Block PO Box 677463 Dallas, TX 75267 | | 266.25 | NA | NA | 0.00 |
| | Kroger PO Box 30650 Salt Lake City, UT 84130 | | 218.40 | NA | NA | 0.00 |
| | Kroger PO Box 3650 Salt Lake City, UT 84130 | | 213.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liberty Savings Fed Cr U 666 Newark Ave Jersey City, NJ 07306 | | 3,085.00 | NA | NA | 0.00 |
| | Liberty Savings Fed Cr U 666 Newark Ave Jersey City, NJ 07306 | | 1,964.00 | NA | NA | 0.00 |
| | Little Company Mary 2800 W 95th St Evergreen Park, IL 60805 | | 50.00 | NA | NA | 0.00 |
| | Lou Harris Company 1040 S Milwaukee Ave Ste 110 Wheeling, IL 60090 | | 259.00 | NA | NA | 0.00 |
| | M&M Orthopaedics 15900 W 127th St # 111 Lemont, IL 60439 | | 924.11 | NA | NA | 0.00 |
| | Micheal Berens 111 Foxtail Temple, TX 76502 | | 1,800.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive Ste 200 San Diego, CA 92123 | | 844.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive Ste 200 San Diego, CA 92123 | | 1,037.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mohela 633 Spirit Dr Chesterfield, MO 63005 | | 2,529.00 | NA | NA | 0.00 |
| | Mohela 633 Spirit Dr Chesterfield, MO 63005 | | 1,615.00 | NA | NA | 0.00 |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | 250.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 5407 Carol Stream, IL 60197 | | 872.05 | NA | NA | 0.00 |
| | Nicor Gas PO Box 5407 Carol Stream, IL 60197 | | 778.93 | NA | NA | 0.00 |
| | Nuway Disposal 17726 S. Oak Park Ave Tinley Park, IL 60477 | | 65.55 | NA | NA | 0.00 |
| | Oak Lawn Highschool 9400 Southwest Highway Oak Lawn, IL 60453 | | 727.60 | NA | NA | 0.00 |
| | Oak Lawn Radiology 4440 W 95th Street Oak Lawn, IL 60453 | | 43.00 | NA | NA | 0.00 |
| | Portfolio Rc Attn: Bankruptcy PO Box 41067 Norfolk, VA 23541 | | 1,366.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Assoc LLC PO Box 12914 Norfolk, VA 23541 | | 1,239.99 | NA | NA | 0.00 |
| | Salute/UTB PO Box 105555 Atlanta, GA 30348 | | 0.00 | NA | NA | 0.00 |
| | Southwest Credit Syste 4120 International Parkway Ste 1100 Carrollton, TX 75007 | | 1,450.00 | NA | NA | 0.00 |
| | Sprint PO Box 4191 Carol Stream, IL 60197 | | 1,200.00 | NA | NA | 0.00 |
| | TCF Bank 800 BurrRidge Pkwy Burridge, IL 60527 | | 477.50 | NA | NA | 0.00 |
| | Teamsters 710 900 187th Street Mokena, IL 60448 | | 55.00 | NA | NA | 0.00 |
| | Verizon 404 Brock Dr PO Box 3097 Bloomington, IL 61702 | | 3,052.48 | NA | NA | 0.00 |
| | Village of Dolton 14014 Park Ave Dolton, IL 60419 | | 200.00 | NA | NA | 0.00 |
| | West Asset Management 2703 North Highway Sherman, TX 75090 | | 102.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/tsa Atten: Bankruptcy PO Box 182685 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | WOW PO Box 4350 Carol Stream, IL 60197 | | 390.08 | NA | NA | 0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,537.44 | 2,537.44 | 308.90 |
| 2 | CAVALRY SPV I, LLC | 7100-000 | NA | 1,576.04 | 1,576.04 | 191.86 |
| 3 | MOHELA/EDUCATIONAL CREDIT MANAGEMEN | 7100-000 | NA | 4,310.31 | 4,310.31 | 524.72 |
| 7A | NASSER N. CHAUDHRY | 7100-000 | NA | 1,694.00 | 1,694.00 | 206.22 |
| 8 | NICOR GAS | 7100-000 | NA | 3,674.54 | 3,674.54 | 447.34 |
| 4 | SPRINT CORP. | 7100-000 | NA | 870.92 | 870.92 | 106.02 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 61,761.98** | **$ 14,663.25** | **$ 14,663.25** | **$ 1,785.06** |

**FORM 7**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-13155 | JSB | Judge: | Janet S. Baer | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | James Henry JJr. Sullivan | | | | Date Filed (f) or Converted (c): | 04/09/2014 (f) |
| | Renee A. Simmons-Sullivan | | | | 341(a) Meeting Date: | 05/27/2014 |
| For Period Ending: | 03/05/2019 | | | | Claims Bar Date: | 01/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash | 20.00 | Unknown | | 0.00 | FA |
| 2.  Security deposit | 1,450.00 | 0.00 | | 0.00 | FA |
| Subject to huge counter claim | | | | | |
| 3.  Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4.  FIREARMS | 100.00 | 0.00 | | 0.00 | FA |
| 5.  BMW Auto | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  Family Leave Act and Reverse Discrimination Case.  (u) | 0.00 | 0.00 | | 23,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $4,570.00          $0.00                              $23,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018: This case is fully administered. A TFR should be filed by 7/31/2018.

April 22, 2017:  The estate is complete, except that the debtor has filed a frivolous claim for exemption, and Judge Baer took my objection to the exemption under advisement last February and has not yet ruled.  Assuming she rules in my favor, I shall close the estate immediately.

April 26, 2016.  The estate is involved in litigation between the Debtor and his employer.  We already have recovered some money and expect an additional small incremental sum.

April 24, 2015, 01:39 pm: The only asset in this case worth pursuing is a Family Leave Act and Discrimination case.  The case went to mediation with Magistrate Judge Cox on 4/23/15.  The parties are still apart, and I am waiting for the results of a 4/24/15 depostion of the doctor.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 07/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-13155 | Trustee Name: RONALD R. PETERSON | |
| Case Name: James Henry JJr. Sullivan | Bank Name: Associated Bank | |
| Renee A. Simmons-Sullivan | Account Number/CD#: XXXXXX8810 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 03/05/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/15 | 6 | H&M INTERNATIO0NAL TRANSPORATION IN 485B Route 1 Southsuite 110Iselin, NJ 9=0830 | | 1249-000 | $23,000.00 | | $23,000.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.47 | $22,973.53 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $34.15 | $22,939.38 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $31.90 | $22,907.48 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $34.06 | $22,873.42 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $32.91 | $22,840.51 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.96 | $22,806.55 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $32.81 | $22,773.74 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.86 | $22,739.88 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.80 | $22,706.08 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $32.67 | $22,673.41 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.71 | $22,639.70 |

| | | |
|---|---|---|
| Page Subtotals: | $23,000.00 | $360.30 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-13155 | Trustee Name:  RONALD R. PETERSON | Exhibit 9 |
| Case Name:  James Henry JJr. Sullivan | Bank Name:  Associated Bank | |
| Renee A. Simmons-Sullivan | Account Number/CD#:  XXXXXX8810 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 03/05/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.57 | $22,607.13 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.61 | $22,573.52 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.56 | $22,539.96 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.27 | $22,509.69 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.46 | $22,476.23 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.34 | $22,443.89 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.36 | $22,410.53 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.24 | $22,378.29 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.27 | $22,345.02 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.22 | $22,311.80 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.10 | $22,279.70 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.12 | $22,246.58 |
| | | | Page Subtotals: | | $0.00 | $393.12 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-13155 | Trustee Name: RONALD R. PETERSON |
| Case Name: James Henry JJr. Sullivan | Bank Name: Associated Bank |
| Renee A. Simmons-Sullivan | Account Number/CD#: XXXXXX8810 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 03/05/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.01 | $22,214.57 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.03 | $22,181.54 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.98 | $22,148.56 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.74 | $22,118.82 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.88 | $22,085.94 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.78 | $22,054.16 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.79 | $22,021.37 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.68 | $21,989.69 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.70 | $21,956.99 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.64 | $21,924.35 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.55 | $21,892.80 |
| 11/01/18 | | Transfer to Acct # xxxxxx0235 | Transfer of Funds | 9999-000 | | $21,892.80 | $0.00 |

|  | | COLUMN TOTALS | $23,000.00 | $23,000.00 |
|---|---|---|---|---|
| | | Page Subtotals: | $0.00 | $22,246.58 |

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CDs | $0.00 | $21,892.80 |
| Subtotal | $23,000.00 | $1,107.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,000.00 | $1,107.20 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-13155 | Trustee Name: RONALD R. PETERSON |
| Case Name: James Henry JJr. Sullivan | Bank Name: Axos Bank |
| Renee A. Simmons-Sullivan | Account Number/CD#: XXXXXX0235 |
| | Checking |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 03/05/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/18 | | Transfer from Acct # xxxxxx8810 | Transfer of Funds | 9999-000 | $21,892.80 | | $21,892.80 |
| 12/19/18 | 2001 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL  60654-3456 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $3,050.00 | $18,842.80 |
| 12/19/18 | 2002 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL  60654-3456 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $54.24 | $18,788.56 |
| 12/19/18 | 2003 | JENNER & BLOCK 353 N. CLARK STREET CHICAGO, IL  60654-3456 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $16,880.50 | $1,908.06 |
| 12/19/18 | 2004 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, Illinois  60664-0338 | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $123.00 | $1,785.06 |
| 12/19/18 | 2005 | CAVALRY SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY  10595 | (2-1) Cavalry SPV I, LLC as | 7100-000 | | $191.86 | $1,593.20 |
| 12/19/18 | 2006 | MOHELA/EDUCATIONAL CREDIT MANAGEMEN Corporation Educational Credit Management Corp PO Box 16408 St Paul, MN  55116-0408 | Final distribution to claim 3 creditor account # representing a payment of 12.17 % per court order. | 7100-000 | | $524.72 | $1,068.48 |
| 12/19/18 | 2007 | SPRINT CORP. Attn: Bankruptcy Dept. PO Box 7949 Overland Park, KS  66207-0949 | (4-1) Modified on 12/17/14 to | 7100-000 | | $106.02 | $962.46 |
| 12/19/18 | 2008 | AMERICAN INFOSOURCE LP AS AGENT FOR Verizon PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 5 creditor account # representing a payment of 12.17 % per court order. | 7100-000 | | $308.90 | $653.56 |

Page Subtotals:                    $21,892.80        $21,239.24

Case 14-13155    Doc 79    Filed 04/08/19    Entered 04/08/19 14:20:25    Desc Main
Document    Page 20 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-13155 | Trustee Name: RONALD R. PETERSON | |
| Case Name: James Henry JJr. Sullivan | Bank Name: Axos Bank | |
| Renee A. Simmons-Sullivan | Account Number/CD#: XXXXXX0235 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4460 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 03/05/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/18 | 2009 | NASSER N. CHAUDHRY 1639 N. Yale Ct. Arlington Heights, IL 60004 | Final distribution to claim 7 creditor account # representing a payment of 12.17 % per court order. | 7100-000 | | $206.22 | $447.34 |
| 12/19/18 | 2010 | NICOR GAS po box 549 Aurora, il 60507 | Final distribution to claim 8 creditor account # representing a payment of 12.17 % per court order. | 7100-000 | | $447.34 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $21,892.80 | $21,892.80 |
| Less: Bank Transfers/CD's | $21,892.80 | $0.00 |
| Subtotal | $0.00 | $21,892.80 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $21,892.80 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $653.56 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0235 - Checking | $0.00 | $21,892.80 | $0.00 |
| XXXXXX8810 - Checking Account (Non-Interest Earn | $23,000.00 | $1,107.20 | $0.00 |
| | $23,000.00 | $23,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $23,000.00 | |
| Total Gross Receipts: | $23,000.00 | |

Page Subtotals:                                    $0.00          $0.00